**BRENDAN MCCARTHY**
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
E-mail: Brendan.McCarthy@usdoj.gov

**ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**CHARLTON VICTOR CAMPBELL,<br>and MICHAEL JAMES MASON,**<br><br>Defendants. | **CR 16-93-BLG-SPW**<br><br><br>**MOTION TO RESET<br>DISCOVERY DEADLINE** |

The United States of America, represented by Brendan P. McCarthy, Assistant United States Attorney for the District of Montana, moves the Court to continue the discovery deadline currently scheduled for October 5, 2016, in the above captioned matter. (Doc. 15). Temporary counsel was appointed by the Court

to represent the defendant at his initial appearance. (Doc. 12). To date, no additional representation has been ordered by the Court for representation of Defendant Mason. Therefore, an extension for the disclosure of discovery is being sought in this case until such time as both defendants have representation.

Counsel requests that the new deadline for discovery be set on October 12, 2016, in the above-captioned matter so the defendant may obtain counsel to represent him.

DATED this 4th day of October, 2016.

                                    MICHAEL W. COTTER
                                    United States Attorney


                                    */s/ Brendan P. McCarthy*
                                    Brendan P. McCarthy
                                    Assistant U.S. Attorney